| | | | |
|---|---|---|---|
| Com. v. Jefferson ... | 06/01/2016437 WAL (2015) | Denied | Pa.Super., 134 A.3d 95 |
| Com. v. Johnson.... | 06/02/2016172 MAL (2016) | Denied | Pa.Super., 141 A.3d 591 |
| Com. v. Keith ...... | 06/15/201686 EAL (2016) | Denied | Pa.Super., 141 A.3d 588 |
| Com. v. King [5] ...... | 06/01/2016698 EAL (2015) | Denied | Pa.Super., 134 A.3d 500 |
| Com. v. Kriegler [6] .. | 06/15/20163 MAL (2016) | Denied | Pa.Super., 127 A.3d 840 |
| Com. v. Lanier ..... | 05/24/201650 WAL (2016) | Denied | Pa.Super., 136 A.3d 1026 |
| Com. v. Madison ... | 06/15/201674 EAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |
| Com. v. Markoski [7] | 06/01/2016806 MAL (2015) | Denied | Pa.Super., 133 A.3d 80 |
| Com. v. McNally ... | 06/15/201618 WAL (2016) | Denied | Pa.Super., 135 A.3d 659 |
| Com. v. Merriweather .............. | 05/31/2016611 EAL (2015) | Denied | Pa.Super., 133 A.3d 83 |
| Com. v. Neely ...... | 06/02/201632 MAL (2016) | Denied | Pa.Super., 125 A.3d 454 |
| Com. v. Raco [8] ..... | 06/01/2016473 WAL (2015) | Denied | Pa.Super., 134 A.3d 479 |
| Com. v. Rodriguez.. | 06/06/2016105 MAL (2016) | Denied | Pa.Super., 136 A.3d 1032 |

5. Justice WECHT did not participate in the consideration or decision of this matter.

6. Justice WECHT did not participate in the consideration or decision of this matter.

7. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

8. Justice WECHT did not participate in the consideration or decision of this matter.